UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-638 RHK/JMM

UNITED STATES OF AMERICA,

Plaintiff,

v.

VERLINA HOUSTON,

Defendant,

UNITED HOSPITAL,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about September 6, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about October 12, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of earnings.

On or about September 18, 2001, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

FILED DEC 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The defendant filed Chapter 13 bankruptcy on November 8, 2001.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on September 6, 2001, is hereby released.

Dated: 12/4/01

Magistrate Judge
United States District Court